KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234

Attorneys for Plaintiff

FILED
JUN 09 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCPHERSON,<br><br>　　　　Defendant. | No. CR-05-00351-MHP (MEJ)<br><br>[PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

　　　　This matter came on the calendar of the Honorable Maria Elena James on June 6, 2005. At that time, the defendant, Michael McPherson, was arraigned on the June 2, 2005 indictment.

　　　　The matter was placed on Judge Patel's calendar for June 27, 2005. The parties requested an exclusion of time under the Speedy Trial Act from June 6 through June 27, 2005 based upon the need for effective preparation of counsel. The government is providing further discovery to the defense. The defendant's counsel, Geoffrey Hansen, needs time to review this discovery. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from June 6 through June 27, 2005 should be excluded in computing the time within which trial shall commence. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

ORDER EXCLUDING TIME
No. CR-05-00351-MHP (MEJ)

Accordingly, the Court HEREBY ORDERS that the time from June 6 through June 27, 2005 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure to grant the requested exclusion would deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED.

DATED: 6-9-05

_____
MARIA ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

Approved as to form:

/s/ Geoffrey Hansen
GEOFFREY HANSEN
Attorney for Defendant


/s/ Monica Fernandez
MONICA FERNANDEZ
Assistant United States Attorney

ORDER EXCLUDING TIME
No. CR-05-00351-MHP (MEJ)                    2