FILED

JUL - 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2   EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7065
7       FAX: (415) 436-7234

8   Attorneys for Plaintiff

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )     No. CR-05-00351-MHP
                                       )
15          Plaintiff,                 )     [PROPOSED] ORDER EXCLUDING
                                       )     TIME UNDER THE SPEEDY TRIAL ACT
16      v.                             )
                                       )
17  MICHAEL MCPHERSON,                 )
                                       )
18          Defendant.                 )
                                       )
19  _____   )

20          This matter came on the calendar of the Honorable Marilyn Hall Patel on June 27, 2005.

21  At the parties' request, the Court continued the matter until August 29, 2005 at 10:00 a.m.

22          The parties requested an exclusion of time under the Speedy Trial Act from June 27

23  through August 29, 2005 based upon the need for effective preparation of counsel and continuity

24  of counsel.  The government is in the process of providing discovery to the defense.  The

25  defendant's counsel was recently appointed and will need time to review the discovery.

26  Additionally, defense counsel is starting a 2-3 week child molestation trial on July 11, 2005, and

27  a two week rape trial on August 8, 2005.  Thus, the next available date on the Court's calendar

28  that is agreeable to the defense is August 29, 2005.  Therefore, the parties are requesting an

ORDER EXCLUDING TIME
No. CR-05-00351-MHP

1  exclusion of time. The parties agree that the time from June 27 through August 29 2005, should

2  be excluded in computing the time within which trial shall commence. See 18 U.S.C. §

3  3161(h)(8)(A) and (B)(iv).

4      Accordingly, the Court HEREBY ORDERS that the time from June 27 through August

5  29, 2005,  is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the

6  failure to grant the requested exclusion would deny the defendant continuity of counsel and

7  reasonable time necessary for effective preparation, taking into account the exercise of due

8  diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The Court finds that the ends of justice served by

9  granting the requested exclusion outweigh the best interest of the public and the defendant in a

10 speedy trial and in the prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The

11 Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §

12 3161(h)(8)(A).

13 SO ORDERED.

14

15 DATED: 7/5/05

16                                HONORABLE MARILYN HALL PATEL
                                 UNITED STATES DISTRICT JUDGE
17

18 Approved as to form:

19

20 /s/ Paul F. De Meester
   PAUL F. DE MEESTER, ESQ.
21 Attorney for Defendant

22

23 /s/ Monica Fernandez
   MONICA FERNANDEZ
24 Assistant United States Attorney

25

26

27

28

ORDER EXCLUDING TIME
No. CR-05-00351-MHP                    2