1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MONICA FERNANDEZ (CSBN 168216)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7065
7     FAX: (415) 436-7234
      E-mail: Monica.L.Fernandez@usdoj.gov
8

9  Attorneys for Plaintiff

10

FILED
SEP 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00351-MHP |
| Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| MICHAEL MCPHERSON, ) | |
| Defendant. ) | |

This matter came on the calendar of the Honorable Marilyn Hall Patel on September 19, 2005. At the parties' request, the Court continued the matter until September 26, 2005 at 10:00 a.m.

The parties requested an exclusion of time under the Speedy Trial Act from September 19 through 26, 2005 based upon the need for effective preparation of counsel. The government is in the process of providing additional discovery to the defense. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from September 19 through 26, 2005, should be excluded in computing the time within which trial shall commence. See 18 U.S.C. §

ORDER EXCLUDING TIME
No. CR-05-00351-MHP

1  3161(h)(8)(A) and (B)(iv).                                                    Oct. 17, 2005

2          Accordingly, the Court HEREBY ORDERS that the time from September 19 through 26,

3  2005, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161. The Court finds that the failure

4  to grant the requested exclusion would deny the defendant reasonable time necessary for

5  effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §

6  3161(h)(8)(B)(iv). The Court finds that the ends of justice served by granting the requested

7  exclusion outweigh the best interest of the public and the defendant in a speedy trial and in the

8  prompt disposition of criminal cases. See 18 U.S.C. § 3161(h)(8)(A). The Court therefore

9  concludes that this exclusion of time should be made under 18 U.S.C. § 3161(h)(8)(A).

10 SO ORDERED.

12 DATED: 9/26/05

   HONORABLE MARILYN HALL PATEL
   UNITED STATES DISTRICT JUDGE

15 Approved as to form:

17 PAUL F. DE MEESTER, ESQ.
18 Attorney for Defendant

20 MONICA FERNANDEZ
21 Assistant United States Attorney

ORDER EXCLUDING TIME
No. CR-05-00351-MHP                                2