KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7065
FAX: (415) 436-7234
E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL MCPHERSON,<br><br>　　　　Defendant. | No. CR-05-00351-MHP (EMC)<br><br>[~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |

On November 30, 2005, this Court held a bail review hearing. Pursuant to the recommendation of Pretrial Services, the Court hereby modifies the defendant's conditions of release as follows:

1. The defendant shall be released from the custody of the United States Marshal. Upon his release, he shall reside at Cornell Corrections, 111 Taylor Street, San Francisco, California.

2. The defendant shall participate in an outpatient drug treatment program as

1 | directed by Pretrial Services.

2 | All other release conditions previously imposed by the Court shall remain in effect.

3 | IT IS SO ORDERED.

4

5 | Date:

6 | December 1, 2005

HON. EDWARD M. CHEN
United States Magistrate Judge

[court seal with signature: Judge Edward M. Chen]

[PROPOSED] ORDER MODIFYING
CONDITIONS OF PRE-TRIAL RELEASE
No. CR-05-00351-MHP (EMC)                2