KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

MONICA FERNANDEZ (CSBN 168216)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7065
   FAX: (415) 436-7234
   E-mail: Monica.L.Fernandez@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00351-MHP |
|    Plaintiff, ) | [PROPOSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
|    v. ) | |
| MICHAEL MCPHERSON, ) | |
|    Defendant. ) | |

     This matter came on the calendar of the Honorable Marilyn Hall Patel on November 21, 2005. At the parties' request, the Court continued the matter until January 9, 2006 at 10:00 a.m.

     The parties requested an exclusion of time under the Speedy Trial Act from November 21, 2005 through January 9, 2006 based upon the need for effective preparation of counsel and continuity of counsel. Specifically, the defendant's counsel requested a pre-plea criminal history report from the U.S. Probation Office. This report will require time for the Probation Officer to prepare and for the parties to review. Therefore, the parties are requesting an exclusion of time. The parties agree that the time from November 21, 2005 through January 9, 2006 should be

ORDER EXCLUDING TIME
No. CR-05-00351-MHP

| | |
|---|---|
| 1 | excluded in computing the time within which trial shall commence.  See 18 U.S.C. § |
| 2 | 3161(h)(8)(A) and (B)(iv). |
| 3 |       Accordingly, the Court HEREBY ORDERS that the time from November 21, 2005 |
| 4 | through January 9, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court |
| 5 | finds that the failure to grant the requested exclusion would deny the defendant continuity of |
| 6 | counsel and reasonable time necessary for effective preparation, taking into account the exercise |
| 7 | of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice |
| 8 | served by granting the requested exclusion outweigh the best interest of the public and the |
| 9 | defendant in a speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § |
| 10 | 3161(h)(8)(A).  The Court therefore concludes that this exclusion of time should be made under |
| 11 | 18 U.S.C. § 3161(h)(8)(A). |
| 12 | SO ORDERED. |
| 13 | |
| 14 | DATED: 12/1/2005 |
| 15 |                                   HON. MARILYN H. PATEL<br>                                  UNITED STATES DISTRICT JUDGE |
| 16 | |
| 17 | Approved as to form: |
| 18 | |
| 19 | /s/ Paul De Meester<br>PAUL F. DE MEESTER, ESQ. |
| 20 | Attorney for Defendant |
| 21 | |
| 22 | /s/ Monica Fernandez<br>MONICA FERNANDEZ |
| 23 | Assistant United States Attorney |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |



ORDER EXCLUDING TIME
No. CR-05-00351-MHP                       2