1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   MONICA FERNANDEZ (CSBN 168216)
    Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7065
7       FAX: (415) 436-7234
        E-mail: Monica.L.Fernandez@usdoj.gov

8

9   Attorneys for Plaintiff

10

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

13                             SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,           )        No. CR-05-00351-MHP
                                        )
16          Plaintiff,                  )        [PROPOSED] ORDER EXCLUDING
                                        )        TIME UNDER THE SPEEDY TRIAL ACT
17      v.                              )
                                        )
18  MICHAEL MCPHERSON,                  )
                                        )
19          Defendant.                  )
                                        )
20  _____)

21          This matter came on the calendar of the Honorable Marilyn Hall Patel on January 9,

22  2006.  At the parties' request, the Court continued the matter until February 6, 2006 at 10:00 a.m.

23          The parties requested an exclusion of time under the Speedy Trial Act from January 9

24  through February 6, 2006, based upon the need for effective preparation of counsel and

25  continuity of counsel.  Specifically, the defendant's counsel requested a pre-plea criminal history

26  report from the U.S. Probation Office.  This report will require time for the Probation Officer to

27  prepare and for the parties to review.  Therefore, the parties are requesting an exclusion of time.

28  The parties agree that the time from January 9 through February 6, 2006 should be excluded in

ORDER EXCLUDING TIME
No. CR-05-00351-MHP

1  computing the time within which trial shall commence.  See 18 U.S.C. § 3161(h)(8)(A) and

2  (B)(iv).  Moreover, the government has submitted to the Court a proposed plea agreement.  The

3  parties agree that time is also excluded by operation of law under Section 3161(h)(1)(I) as delay

4  resulting from consideration by the Court of a proposed plea agreement.

5          Accordingly, the Court HEREBY ORDERS that the time from January 9, 2006 through

6  February 6, 2006 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161.  The Court finds that

7  the failure to grant the requested exclusion would deny the defendant continuity of counsel and

8  reasonable time necessary for effective preparation, taking into account the exercise of due

9  diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The Court finds that the ends of justice served by

10  granting the requested exclusion outweigh the best interest of the public and the defendant in a

11  speedy trial and in the prompt disposition of criminal cases.  See 18 U.S.C. § 3161(h)(8)(A).  The

12  Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §

13  3161(h)(8)(A).  The Court further finds that time is excluded under Section 3161(h)(1)(I)

14  because the Court is considering the parties' proposed plea agreement.

15  SO ORDERED.

16

17  DATED:  February 2, 2006

18                                                                              _____
                                    HON.                                    JUDGE
                                    UNITED STATES DISTRICT JUDGE

19

IT IS SO ORDERED

Judge Marilyn H. Patel

20  Approved as to form:

21

22   /s/ Paul De Meester
    PAUL F. DE MEESTER, ESQ.
23  Attorney for Defendant

24

25   /s/ Monica Fernandez
    MONICA FERNANDEZ
26  Assistant United States Attorney

27

28

ORDER EXCLUDING TIME
No. CR-05-00351-MHP                                        2