KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00351 MHP |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER MODIFYING RELEASE** |
| ) | **CONDITIONS** |
| MICHAEL MCPHERSON, ) | |
| Defendant. ) | |

      The defendant, Michael McPherson, appeared before this Court on June 26, 2006. At that time, the Court ordered the defendant released on his own recognizance in order for him to take care of an outstanding warrant from San Francisco County. When the defendant is released from County custody, he is to report immediately to Walden House, 1885 Mission St., San Francisco. Defendant is to maintain contact with U.S. Probation Officer Christina Carruba (510-637-3600) in order to facilitate his transition into Walden House. Once at Walden House, the defendant is ordered to follow all program rules and not leave the program except with the consent of program staff and to return to this Court on July 24, 2006 at 9 a.m. for sentencing. In addition,

MODIFICATION OF RELEASE CONDITIONS    1
CR 05-00351 MHP

1  while released, defendant shall not commit any federal, state or local crime; shall appear at all
2  proceedings as ordered by the Court and shall surrender for service of any sentenced imposed.
3
4  DATED:                              Respectfully submitted,
5                                      KEVIN V. RYAN
                                       United States Attorney
6
7
                                       _____/S/_____
8                                      NAHLA RAJAN
                                       Special Assistant United States Attorney
9
10
11 DATED:
12
                                       _____/S/_____
13                                     PAUL DE MEESTER
14
15 PURSUANT TO STIPULATION, IT IS SO ORDERED.
16
17     June 27, 2006                   _____
                                       THE HONORABLE MARILYN HALL PATEL
18                                     United
19
20
21
22
23
24
25
26
27
28

MODIFICATION OF RELEASE CONDITIONS   2
CR 05-00351 MHP

IT IS SO ORDERED
Judge Marilyn H. Patel